# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TASHYRA POWELL**                                                    **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-01057 KGB**

**DANVILLE ARKANSAS JAIL**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that Tashyra Powell's complaint is dismissed without prejudice (Dkt. Nos. 2–3). The Court denies the requested relief and certifies that an *in forma pauperis* appeal would not be taken in good faith

It is so ordered this the 9th day of December, 2022.

_____
Kristine G. Baker
United States District Judge